1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FORREST KENDRID,                          No.  2:21-cv-0612 KJN P

12                Plaintiff,

13        v.                                    ORDER

14   L. MILLER, et al.,

15                Defendants.

16

17        Plaintiff, a civil detainee proceeding pro se, filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff did not file an in forma pauperis affidavit or pay the required filing fee,

19   so he was provided the opportunity either to submit the appropriate affidavit in support of a

20   request to proceed in forma pauperis or to submit the required fees totaling $402.00.

21        On May 7, 2021, plaintiff filed a declaration stating that he has been determined to be

22   mentally ill and unable to account for his daily actions and ability.  (ECF No. 8 at 1.)  Plaintiff

23   asks the court to remove his court-ordered medications so he can "do anything" he has not done,

24   and objects that as a civil detainee and not required to pay the court's filing fee or exhaust

25   administrative remedies.  (ECF No. 8 at 1-2.)  However, plaintiff is advised that this court can

26   take no action until he files a request to proceed in forma pauperis.  The court is aware that as a

27   civil detainee, plaintiff is not required to pay the court's filing fee; however, plaintiff must still

28   submit the request to proceed in forma pauperis so that the court can determine whether plaintiff

                                        1

meets the criteria. Plaintiff previously filed an application to proceed in forma pauperis in his earlier-filed actions. See, e.g., Kendrid v. Cudjo, No. 2:20-cv-2546 JAM DB P (E.D. Cal. Dec. 29, 2020).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 8) is denied without prejudice;

2. Plaintiff is required to file an application to proceed in forma pauperis on or before May 28, 2021 (ECF No. 6); and

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: May 11, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kend0612.3a2